# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:13-cr-00018-JCM-GWF |
| vs. | ) | **ORDER** |
| LEON BENZER, *et al.*, | ) | |
| Defendants. | ) | |

This matter comes before the Court on Defendant Rudolfo Alvarez-Rodriguez's Joinder to Defendant Gregory's Motion to Continue the Deadline for Pretrial Motions (#215), filed on November 16, 2013. The Court previously granted Defendant Gregory's motion to extend pretrial deadline (#204) on November 14, 2013 (#214). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Rudolfo Alvarez-Rodriguez's Joinder to Defendant Gregory's Motion to Continue the Deadline for Pretrial Motions (#215) is **granted**.

**IT IS FURTHER ORDERED** that the last day to file pretrial motions for all parties shall be **January 24, 2014**.

DATED this 18th day of November, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge